UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HPG, LLC,

    Plaintiff,

v.

KATHRYN KERRIGAN,

    Defendant

Case No. C18-1872RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On December 27, 2018, plaintiff filed the above-captioned matter alleging that the Court has jurisdiction based on the diversity of citizenship of the parties. See 28 U.S.C. § 1332(a) (establishing that the federal court's basic diversity jurisdiction extends to "all civil actions where the matter in controversy exceeds . . . $75,000 . . . and is between . . . citizens of different States."). "For a case to qualify for federal jurisdiction under 28 U.S.C. § 1332(a), there must be complete diversity of citizenship between the parties opposed in interest." Kuntz v. Lamar Corp., 385 F.3d 1177, 1181 (9th Cir. 2004) (internal citation omitted). In examining whether complete diversity is present, the citizenship of a limited liability company is determined by examining the citizenship of the owners/members. See Johnson v.

ORDER TO SHOW CAUSE - 1

Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (holding that "like a partnership, an LLC is a citizen of every state of which its owners/members are citizens").

Plaintiff states that it is a Washington corporation, but fails to provide the citizenship of each its owners/members. Therefore, plaintiff has failed to meet its burden to establish the basis of the Court's jurisdiction. See Indus. Tectonics, Inc. v. Aero Alloy, 912 F.2d 1090, 1092 (9th Cir. 1990) ("The party asserting jurisdiction has the burden of proving all jurisdictional facts"); Fed R. Civ. P. 12(h)(3) ("If the Court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action"). As a result, plaintiff is ORDERED TO SHOW CAUSE by January 11, 2019, why the Court should not dismiss this action for lack of subject matter jurisdiction by providing the Court with the citizenship of all of the owners/members of HPG, LLC, at the time the complaint was filed.

The Clerk of the Court is directed to place this order to show cause on the Court's calendar for January 11, 2019.

Dated this 2nd day of January, 2019.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2